IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 22-cv-00935-RM-SKC

PILGRIM'S PRIDE CORPORATION, a Delaware Corporation

    Plaintiff,

v.

BAKER REFRIGERATION SYSTEMS, LLC, an Arkansas limited liability company, F/K/A BAKER REFRIGERATION SYSTEMS, INC.;
THE PHOENIX INSURANCE COMPANY, a Connecticut corporation;
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation; and
XL INSURANCE AMERICA, INC., a Delaware corporation

    Defendants.

## ORDER REMANDING CASE

This matter is before the Court on an unopposed Motion by Defendants Travelers Property Casualty Company of America and The Phoenix Insurance Company to Remand (the "Motion") (ECF No. 19) seeking to remand this action to Weld County District Court from which it was removed. Defendants represent that diversity does not exist between the parties and the Court construes the remaining Parties' non-opposition to the remand as an agreement that the complete diversity required for diversity jurisdiction does not exist. Accordingly, the action was not removable in the first instance. *See* 28 U.S.C. § 1332(a). Therefore, the action shall be remanded to the Weld County District Court from where it was removed. 28 U.S.C. § 1447(c) ("A motion to remand the case on the basis of any defect other than lack of subject matter jurisdiction must be made within 30 days after the filing of the notice of removal under section

1446(a). If at any time before final judgment it appears that the district court lacks subject matter jurisdiction, the case shall be remanded.").

Based on the foregoing, the Court **ORDERS**

(1)   That Defendants' Unopposed Motion for Remand (ECF No. 19) is GRANTED;

(2)   That, pursuant to 28 U.S.C. § 1447(c), due to this Court's lack of subject matter jurisdiction, this case is REMANDED to the Weld County District Court, State of Colorado, where it was original filed as Case No. 2022CV30148; and

(3)   That the Clerk shall close this case.

DATED this 9th day of May, 2022.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge